EASTER HOUSE, an Illinois
not-for-profit corporation,
Plaintiff–Appellee,

v.

Thomas FELDER, Florence McGuire
and Joan Satoloe,
Defendants–Appellants.

No. 86–2164.

United States Court of Appeals,
Seventh Circuit.

Nov. 2, 1988.

Before BAUER, Chief Judge, and
CUMMINGS, WOOD, Jr., CUDAHY,
POSNER, COFFEY, FLAUM,
EASTERBROOK, RIPPLE, MANION
and KANNE, Circuit Judges.

ORDER

On consideration of the petition for rehearing and suggestion for rehearing *en banc* filed by counsel for the defendants-appellants in the above-entitled cause, and the response thereto filed by counsel for the plaintiff-appellee, a vote of the active members of the court having been requested and a majority of the judges in regular active service having voted to rehear this case *en banc*,

IT IS ORDERED that the aforesaid petition for rehearing and suggestion for rehearing *en banc* be, and the same is, hereby GRANTED.

IT IS FURTHER ORDERED that the panel opinion and the judgment entered July 8, 1988 are hereby VACATED. This case will be reheard *en banc* at the convenience of the court.